# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIYEONDREA MCGLOTHIN and JANETTA SCONIERS, et. al., | 1:08cv1290 LJO GSA |
| Plaintiffs, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS FOR JANETTA SCONIERS |
| v. | ORDER REQUIRING TIYEONDREA MCGLOTHIN SUBMIT AN IFP APPLICATION OR PAY THE FILING FEE |
| MARIO SANTOS in his individual and official capacity, et. al., | |
| | (Document 2) |
| Defendants. | |

Plaintiffs Tiyeondrea McGlothin and Janetta Sconiers, appearing pro se, filed the instant complaint on September 2, 2008. It appears that Plaintiffs McGlothin and Sconiers also are filing this action on behalf of three children, Absalom Mason, Zephyariah Mason, and Malia Mason. On September 2, 2008, two applications to proceed in forma pauperis were also filed. However, both applications were completed and signed only by Plaintiff Janetta Sconiers. A review of the two applications reveals that Plaintiff Janetta Sconiers is entitled to proceed in forma pauperis and her application is therefore GRANTED. However, Plaintiff Tiyeondrea McGlothin has not yet filed an application to proceed in forma pauperis.[1]  Therefore, Plaintiff

---

[1] The court is not requiring Plaintiffs Absalom Mason, Zephyariah Mason, and Malia Mason to submit an application to proceed in forma pauperis at this time since they appear to be minors.

1

McGlothin shall file an application to proceed in forma pauperis, or alternatively, pay the filing fee within thirty days of this order. Failure to comply with this order may result in McGlothin's action being dismissed.

IT IS SO ORDERED.

Dated:   **September 15, 2008**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE