1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| TIYEONDREA MCGLOTHIN, ABSALOM MASON, ZEPHYARIAH MASON; MALIA MASAON by next of friend TIYEONDREA MCGLOTHIN; and JANETTA SCONIERS, ) ) ) ) ) ) | 1:08cv1290 LJO GSA |

10
11
12

          Plaintiffs, )

13

    v. )

14

MARIO SANTOS, et al., )

15
16

         Defendants. )

17

ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS

(Document 10)

18
19
20
21
22
23

     Plaintiff McGlothin and Plaintiff Sconiers ("Plaintiffs") are proceeding pro se and in forma pauperis alleging *inter alia*, civil rights violations and violations of various housing laws. On December 8, 2008, the Magistrate Judge issued findings and recommendations concerning dismissal of Plaintiffs' complaint.  On January 8, 2009, Plaintiffs filed a motion for an extension of time within which to file objections to this court's findings and recommendations.

24
25

     Both Plaintiffs have established good cause for the extension of time request. Accordingly, the request is GRANTED.  **Plaintiffs shall file any objections no later than thirty(30) days from the date of this order.**

26
27
28

1

1    Plaintiffs are advised that the court will not delay the progress of this action indefinitely

2  pending the filing of objections.  Failure to file timely objections will be considered a failure to

3  comply with an order of the court and may result in dismissal of this action.

4    IT IS SO ORDERED.

5  **Dated:**   __**January 13, 2009**__            _____/s/ **Gary S. Austin**_____
                                                      UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28